FILED

08 MAY 29 P 3:21

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## __PANAMA CITY__   DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

PROVIDED TO
WASHINGTON CI ON

MAY 15 2008

FOR MAILING J J W

JESSIE JAMES WHIGHAM ,

Inmate # __999503__ .
(Enter full name of Plaintiff)

vs.

CASE NO: __5:08cv175-spm/EmT__
(To be assigned by Clerk)

MS. EVE ,

MS. HARRTON ,

MR. TROY FLOWER ,

MR. C. MILES ,

MR. RONALD LIPPMANN DO. .

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

MR. JOSEPH PONTE

CLERK U.S. DIST. COURT
BAY COUNTY FLORIDA
STANDARD INTERIOR

2008 MAY 22 P 3:45

FILED

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I.   PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:   JESSIE JAMES WHIGHAM

Inmate Number      999503

Prison or Jail:      WASHINGTON CORRECT

Mailing address:     IONAL INSTITUTIONS

4455 SAM MITCHELL

DRIVE CHIPLEY, FL. 32428

## II.   DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1)   Defendant's name:   MS. EVE INDIVIDUALLY
      Official position:   AND AS A NURSE AT
      Employed at:        THE BAY COUNTY ANNEX
      Mailing address:    5600 NEHI ROAD PANA-
                          MA CITY, FL. 32404

(2)   Defendant's name:   MS. HARRTON INDIVIDUALLY
      Official position:   AND AS A CORRECTIONAL OF
      Employed at:        FICER AT THE BAY COUNTY
      Mailing address:    ANNEX 5600 NEHI ROAD
                          PANAMA CITY, FL. 32404

(3)   Defendant's name:   MR. TROY FLOWER INDIVI
      Official position:   DUALLY AND AS A CORRECTI
      Employed at:        ONAL OFFICER AT THE BAY C-
      Mailing address:    OUNTY ANNEX 5600 NEHI
                          ROAD PANAMA CITY, FL. 32404

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

(4). DEFENDANT'S NAME: MR. C. MILES INdIVIDUALLY AND AS

OFFICIAL POSITION:          CORRECTIONAL OFFICER

EMPLOYED AT: THE BAY COUNTY JAIL/ANNEX

MAILING ADDRESS: 314 ½ HARMOND AVENUE PANAMA CITY, FLORIDA 32402


(5). DEFENDANT'S NAME: MR. RONALD LIPPMANN DO. INDIVIDUALLY AND AS

OFFICIAL POSITION: HEAD DOCTOR  AND PHYSICIAN

EMPLOYED AT: THE BAY COUNTY JAIL/ANNEX, AND BAY CORRECTIONAL FACILITY

MAILING ADDRESS: 314 ½ HARMOND AVENUE PANAMA CITY, FLORIDA 32402


(6). DEFENDANT'S NAME: MR. JOSEPH PONTE, INDIVIDUALLY AND AS

OFFICIAL POSITION: WARDEN

EMPLOYED AT: THE BAY COUNTY JAIL/ANNEX

MAILING ADDRESS: 314 ½ HARMOND AVENUE PANAMA CITY, FLORIDA 32402

NOTE: THE COURT WILL NOT REVIEW THE MERITS OF THE COMPLAINT UNLESS THE FOLLOWING QUESTIONS HAVE BEEN ANSWERED REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES AND ANY PRIOR LAWSUITS THAT HAVE BEEN FILED.

## III.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff must submit copies of all grievances, appeals, and responses with this complaint to verify exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

### A.    DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?

Yes( )                          No(✓)

[If your answer is NO, proceed to Question B. If your answer is YES, answer all of the following questions in this subsection.]

1.    **Informal Grievance**

a.    Did you submit an informal grievance?

Yes( )                     No( )

❖ If so, you must attach a copy of the grievance and response; exhibit ____.

b.    If not, why? _____

2.    **Formal Grievance**

a.    Did you submit a formal grievance?

Yes( )                     No( )

❖ If so, you must attach a copy of the grievance and response; exhibit ____.

b.    If not, why? _____

3.    **Appeal to the Office of the Secretary**

a.    Did you submit an appeal to the Office of the Secretary?

Yes( )                     No( )

❖ If so, you must attach a copy of the appeal and response; exhibit ____.

b.    If not, why? _____

3

4. **Disciplinary Actions**

a.      Did you have a disciplinary hearing concerning this matter?

Yes( )                              No( )

❖ If so, you must attach a copy of the disciplinary report and disciplinary
hearing team's findings and decision to this form; exhibit _____.

b.      Did you lose gaintime as a result of the disciplinary hearing?

Yes( )                              No( )

c.      Has the gaintime since been restored?

Yes( )                              No( )

**B.    DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY
JAIL OR DETENTION CENTER?**

Yes(✓)                             No( )

[If your answer is NO, proceed to Section IV of the complaint form.
If your answer is YES, answer the following questions.]

1.      Is there a grievance procedure at your institution or jail?

Yes(✓)                             No( )

[If your answer is NO, proceed to Section IV of the complaint form.  If your
answer is YES, answer all of the following questions in this subsection.]

2.      Did you submit a grievance concerning the facts relating to your complaint?

Yes(✓)                             No( )

3.      If your answer is YES:

a. What steps did you take? **INFORMAL, emergency FORMAL**

b. What were the results? **THEY WERE NEVER RESPOND TO NOR RETURNE**

❖ If so, you must attach a copy of the grievance and response; exhibit **A**__.

4.      If your answer is NO, explain why not: _____

_____

4

NOTE:  FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL
OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED,
THAT FACT MUST BE DISCLOSED AS WELL.

## IV.   PREVIOUS LAWSUITS

A.   Have you initiated other actions in **state court** dealing with the same or similar
facts/issues involved in this action?
Yes(✓)                    No(   )

1. Parties to previous action:
   a.  Plaintiff(s): __JESSIE JAMES WHISHAM__
   b.  Defendant(s): __BILL EdwARD eT Al.__

2. Name of judge: _____        Case #: _____

3. County and judicial circuit: __RAy COUNTY; FOURTheenTh JudICIAL CIRCUIT__

4. Name of judge: __MICHAeL C. OVERSTReeT__

5. Approximate filing date: _____

6. If not still pending, date of dismissal: __Close In 97-98__

7. Reason for dismissal: __Could noT FInd A lAwyeR To PROsCUTe THe cAse__

8. Facts and claims of case: __keeTon IS A NON MeDICAL TReaTMenT__

   __PROgRAM, AnD I HAd MeDICAL PROBlem AT THe Time__

   **(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar
facts/issues involved in this action?

Yes(✓)                    No(   )

1. Parties to previous action:
   a.  Plaintiff(s): __JESSIE JAMES WHISHAM__
   b.  Defendant(s): __CORReCTIonS CORPORATIon OF AMeRICA__

2. District and judicial division: __NORTHeRN DISTRICT, PANAMA CITy, DIvISIon__

3. Name of judge: __1 SI ELIZABeTH M. TIMOTH__        Case #: __5:07 cv 170 IRS-EMT__

4. Approximate filing date: __JULy 18, 2007__

5. If not still pending, date of dismissal: __MARCH 11, 2008__

6. Reason for dismissal: __Could FIne A lAwyeR To PROseCUTe THe cAse__

7. Facts and claims of case: __ReFUse To ReTURNeD GRIeVAnce AnD ReFUse__

   __To TAke To THe emeRgencyRoom FoR ANy TesT AFTeR SLIP AnD FALL__

   **(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ✓ )                    No(   )

If YES, describe each action in the space provided below.  If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

   1. Parties to previous action:
      a.   Plaintiff(s): __JESSIE JAMES WHIGHAM__
      
      b.   Defendant(s): __MS. DONNA AND MS. THOMAS__
      
   2. District and judicial division: __NORTHERN DISTRICT, PANAMA CITY, DIVISION__
   
   3. Name of judge: __RICHARD SMOAK__          Case #: __5:08CV28/RS-EMT__
   
   4. Approximate filing date: __FEBRUARY 6, 2008__
   
   5. If not still pending, date of dismissal: __MAY 1, 2008 - APRIL 23, 2008__
   
   6. Reason for dismissal: __CAN'T PAY, NOR APPOINT ME A LAWYER AFTER I ASK__
   
   7. Facts and claims of case: __DENEY MEDICAL TREATMENT FOR AND ongo-__
      __ing MEDICAL TREATMENT FOR__ ᶠᵃ __MY__ __PHYSICAL INJURY I SUBSTAINE ATTHE BAY COUNTY__
      __JANNEX__
      (Attach additional pages as necessary to list cases.)


D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes( ✓ )                    No(   )

   1. Parties to previous action:
      a.   Plaintiff(s): __JESSIE JAMES WHIGHAM__
      
      b.   Defendant(s): __RONALD LIPPMANN. DO__
      
   2. District and judicial division: __NORTHERN DISTRICT, PANAMA CITY, DIVISION__
   
   3. Name of judge: __MILES DAVIS__          Case Docket # __5:07CV159/RS-MD__
   
   4. Approximate filing date: __JULY 2, 2007__  Dismissal date: __DECEMBER 19, 2007__
   
   5. Reason for dismissal:  __COUID'T PAY, MADE A SMALL ERROR, WOUID NOT LET ME AMENDED__

   **(Attach additional pages as necessary to list cases.)**

6

(1). PARTIES TO PREVIOUS ACTION

A. PLAINTIFF(S): JESSIE JAMES WHIGHAM

B. DEFENDANT(S): WALTON CORRECTION INSTITUTION, ET AL.

(2). NAME OF JUDGE: 3:96 CV 489/RV

(3). COUNTY AND JUDICIAL CIRCUIT: NORTHERN DISTRICT, PANAMA CITY DIVISION

(4). APPROXIMATE FILING DATE:

(5). IF NOT STILL PENDING, DATE OF DISMISSAL: CLOSED 12/23/96

(6). REASON FOR DISMISSAL: COULD'T FINDE A LAWYER NOR HIRE ONE TO PROSECUTE.

(7). FACTS AND CLAIMS OF CASE: ABOUT MEDICAL ISSUE THAT I HAD FIX IN 97


(1). PARTIES TO PREVIOUS ACTION

A. PLAINTIFF(S): JESSIE JAMES WHIGHAM

B. DEFENDANT(S): GARNER

(2). NAME OF JUDGE: R.V     CASE #: 3:97CV325/RV

(3). COUNTY AND JUDICIAL CIRCUIT: NORTHERN DISTRICT, PANAMA CITY DIVISION

(4). APPROXIMATE FILING DATE:

(5). IF NOT STILL PENDING, DATE OF DISMISSAL: CLOSED JANUARY 14, 98

(6). REASON FOR DISMISSAL: FAIL TO PROSECUTE BECAUSE I NEVER GOT A LAWYER

(7). FACTS AND CLAIMS OF CASE: PROPERTY


(1). PARTIES TO PREVIOUS ACTION

A. PLAINTIFF(S): JESSIE JAMES WHIGHAM

B. DEFENDANT(S): GEORGAKIAS, ET AL.

(2). NAME OF JUDGE: 5:01 CV 175/LAC

(3). COUNTY AND JUDICIAL CIRCUIT: NORTHERN DISTRICT, PANAMA CITY DIVISION

(4). APPROXIMATE FILING DATE:

(5). IF NOT STILL PENDING, DATE OF DISMISSAL: CLOSE JANUARY 7, 2002

(6). REASON FOR DISMISSAL: COULD'T PROSECUTE, NOR FIND OR HIRE A LAWYER

(7). FACTS AND CLAIMS OF CASE:

(1.). PARTIES TO PREVIOUS ACTION

A. PLAINTIFF(S): JESSIE JAMES WHIGHAM

B. DEFENDANT(S): KEETON NONSECURE PROGRAM

(2). NAME OF JUDGE: 5:96 CV 383/RH

(3). COUNTY AND JUDICIAL CIRCUIT: NORTHERN DISTRICT, PANAMA CITY, DIVISION

(4). APPROXMATE FILING DATE:

(5). IF NOT STILL PENDING, DATE OF DISMISSAL: FEBRUARY 20, 1997

(6). REASON FOR DISMISSAL: COULD NOT HIRE A LAWYER TO PROSECUTE

(7). FACTS AND CLAIMS OF CASE: REFUSE MEDICAL TREATMENT BY KEETON

(1). PARTIES TO PREVIOUS ACTION

A. PLAINTIFF(S): JESSIE JAMES WHIGHAM

B. DEFENDANT(S): _____ DR. ROHAN

(2). NAME OF JUDGE: ELIZABETH M. TIMOTHY

(3). COUNTY AND JUDICIAL CIRCUIT: NORTHERN DISTRICT, PANAMA CITY, DIVISION

(4). APPROXMATE FILING DATE: OCTOBER 11, 2007

(5). IF NOT STILL PENDING, DATE OF DISMISSAL: JANUARY 3, 2008

(6). REASON FOR DISMISSAL: FELL TO STATE A CLAIM, COULD NOT PAY

(7). REASON FACTS AND CLAIMS OF CASE: HE TOLD ME I HAD A SPRAIN ANKLE, AN CHIPBONE

(1). PARTIES TO PREVIOUS ACTION

A. PLAINTIFF(S): JESSIE JAMES WHIGHAM

B. DEFENDANT(S): MS. EVE, ET AL.

(2). NAME OF JUDGE: CHIEF UNITED STATES DISTRICT JUDGE S/ROBERT L. HINKLE

(3). COUNTY AND JUDICIL CIRCUIT: NORTHERN DISTRICT, PANAMA CITY DIVISION

(4). APPROXMATE FILING DATE:

(5). IF not STILL PenDING, DATe OF DISMISSAL: MAY 5, 2008

(6). Reason FoR DISMISSAL: AND HARMLess ERROR In FiLeing THe COMPLAINT

(7). FACTS AND CLAIMS oF CASe: Refuse Medical TREATMENT WHILE IN THere CUSTODy


(1), PARTIES TO PREVIOUS ACTION

A. PLAINTIFF(S): JESSIE JAMES WINGHAM

B. DefenDANT(S): MS-HARRTON

(2). NAMeD OF Judge: SHANN   CASe NO.: 07- 4127 CA

(3). COUNTY AND JudICIAL CIRCUIT: BAY COUNTY, FOURTHeenTH JudiCiAL CIRCUIT

(4). APPROXMATe FILING DATe:  NOVEMBER 26, 2007

(5). IF not STILL PenDING, DATe OF DISMISSAL: APRIL 29, 2008

(6). Reason FoR DISMISSAL: FAIL TO STATe A CLAIM, I JUST goT This on 5-14-08

(7). FACTS AND CLAIMS OF CASe: Refused THe PLAINTIFF's Because He couldt CARRY TRAY Food


(1).

A.

B.

(2),

(3).

(4).

(5),

(6).

(7),


(1).

A.

B.

(2).

## V.    STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

(1). COMES NOW THE PLAINTIFF's JESSIE JAMES WHIGHAM AY PRO SE IS AND WAS, AT ALL TIMES RELEVANT HERETO, A INMATE IN THE CUSTODY OF CORRECTIONS C-CORPORATION OF AMERICA (CCA). AT THE TIME OF THE EVENTS RELEVANT HERETO, Whigham WAS INCARATED AT THE BAY COUNTY ANNEX, Whigham IS CURRENTLY INCARATED AT WASHINGTON CORRECTIONS INSTITUTIONS ("WASHINGTON COUNTY").

(2). DEFENDANTS EVE IS A NURSE, who AT ALL TIMES RELEVANT HERETO WAS A-ASSIGNED TO THE BAY COUNTY ANNEX.

(3). DEFENDANTS TROY FLOWER WAS, AT ALL TIMES RELEVANT HERETO A CORR-CORRECTIONAL OFFICER EMPLOYED OR RETAINED BY CORRECTIONS CORPORATION O-OF AMERICA. TO PROVIDE LAUNDRY AND SECURITY AT THE BAY COUNTY ANNEX.

(4). DEFENDANTS C. MILES WAS, AT ALL TIMES RELEVANT HERETO A CORRECTI-ONAL OFFICER AT THE BAY COUNTY N JAIL, Who AT THE TIME OF THE EVENTS de-described BELOW WAS serving AS AN CORRECTIONAL OFFICER AT THE BAY COUNTY JAIL.

(5). DEFENDANTS HARRTON WAS, AT ALL TIMES RELEVANT HERETO, A CORRECTI-ONAL OFFICER AT THE BAY COUNTY ANNEX.

(6). DEFENDANTS RONALD LIPPMANN DO., WAS, AT ALL TIMES RELEVANT HERET-O A PHYSICIAN EMPLOYED OR RETAINED BY CORRECTIONS CORPORATION OF AMERIC-A TO PROVIDE MEDICAL SERVICES TO THE BAY COUNTY JAIL/ANNEX AND PRISON.

(7). DEFENDANTS JOSEPH PONTE AS WARDEN WAS, AT ALL TIMES RELEVANT HERETO WARDEN EMPLOYED OR RETAINED BY CORRECTIONS CORPORATION OF AMERICA TO

7

Be The warden of the Bay county Jail/Annex.

(8). On or about March 6, 2007 Correctional Officer C. Miles exercise delib-erate indifference to plaintiff health and safety by conficated whisham Sh-shoes upon his entry into the dormitory and issue whisham and oversize pa-pair of showerslides needed to protect his feets while utilizing the showe-r inside the dorm. "whisham alerted miles and correctional officer Flowe-rs (laundry supervisor) and again alerted as to the defected pair of slides whic-h whisham described, right showerslides was rip up the side. whisham was told that there was not another pair at the jail to fit him.

(9). "On or about April 24, 2007 whisham, alleged that not withstanding his al-erting the officer's as to the defective pair of showerslides, as noted above as he was exiting the shower he substained physical injury to his ankle and foot by damaging to his foot, tendon, legalment and softtissue as a r-result of the defective pair of showerslides." "whisham explained that as he was exiting the shower he attemped to over step the speed bump which purport to retain water inside the open shower from spilling on to the walkway of the dormtory, there were no wetsign what so every whisham stepped right into the mildew and the missing tile causing [whis-[whisham] to slip right and fall therefore catching myself with my left ankle which twisted my left ankle and damaging the legal ment and tend-on and the softtissue giving him a physical injury for the rest of his life."

(10). On or about April 24, 2007, "whisham alleged that he returned to his bunk and after sometime his ankle begain to swell and cause him p-pain. Correctional officer Hernande was contacted and alerted to w-whisham need for medical assistance. Hours later, whisham was finally seen by nurse Eve, who exercise deliberate indifference to plaintiff health and safety by proscribed him a pair of crutches. she never took th-e plaintiff to the emergency room for any test."

(11). On or about April 26, 2007, "defendants Harraton exercise deliberate indifference to plaintiff health and safety, thereafter whisham was

FURTHER SUBJECTED TO INSTANCE OF ABUSE, WHICH WHISHAM DESCRIBED COMPOUND AND RESULTED IN FURTHER INJURY TO HIS ANKLE AND FOOT FOR INSTANCE WHISHAM EXPLAINED THAT HE WAS FORCE TO WALK IN ORDER TO RECEIVE HIS MEAL; EVEN THOUGH THE OFFICER [CORRECTIONAL OFFICER HARRTON] WAS AWARE OF HIS ANKLE AND FOOT INJURY. IN FACT WHISHAM ASSERTED THAT CORRECTIONAL OFFICER HAARTON TOLD HIM THAT. IF THE INMATES IN WHEEL CHAIRS CAN COME TO THE FRONT DOOR [WHISHAM] CAN ATLEAST WALK TO THE FRONT DOOR." AND ONSONE ALLEGED OCCASSION." ON OR ABOUT APRIL 27, 2007 WHISHAM WAS FORCED TO WALK AGAIN TO OBTAIN HIS MEAL TRAYES."

(12). ON OR ABOUT MAY 21, 2007 DEFENDANTS DR. RONALD LIPPMANN DO. EXERCISED DELIBERATE INDIFFERENCE TO PLAINTIFF HEALTH AND SAFETY. THEREAFTER WHISHAM WAS SEEN BY DR. LIPPMANN WHO EXCLAIMED THERE WAS NOTHING HE COULD DO FOR THE PLAINTIFF. "ON OR ABOUT JULY 11, 2007 WHISHAM WAS LATER SEEN BY A DR. ROHAN IN PANAMA CITY, FLORIDA WHO ADVISE THAT WHISHAM HAD A CHIPBONE AND A SPRAIN ANKLE." DR. ROHAN STATED THAT HE WAS GOING TO LEAVE THE "CHIPBONE" IN HIS FOOT UNTIL FURTHER INSTRUCTIONS FROM LIPPMANN AND OTHER JAIL OFFICALS".

(13). ON OR ABOUT APRIL 27, 2007 TIL AUGUST 9, 2007, DEFENDANT'S JOSEPH PONTE AS WARDEN EXERCISE DELIBERATE INDIFFERENCE TO PLAINTIFF HEALTH AND SAFETY. AS WHISHAM ALLEGED THAT HE FILED NUMEROUS GRIEVANCES." BEFORE HE WAS SENT TO THE DEPARTMENT OF CORRECTION ON CRUCTHES." AND THAT THE NAME DEFENDANTS TOOK NO ACTION IN REGARD TO HIS INJURY." WHISHAM FURTHER STATES THAT THE DEFENDANTS ACT WITH DELIBERATE INDIFFERENCE "TO HIS KNOWN PHYSICAL INJURY AND THAT PRISON ARE LABLE FOR FAILURE TO MAINTAIN AN UNSAFE ENVIORONMENT."

(14). ON OR ABOUT AUGUST 9, 2007 THE DEFENDANTS EXERCISE DELIBERATE INDIFFERENCE TO PLAINTIFF HEALTH AND SAFETY. BY SENDING HIM TO THE DEPARTMENT OF CORRECTION ON CRUCTHES, ON OR ABOUT AUGUST 14, 2007 WHISHAM HAD TO BE RUSH TO MEMORIAL HOSPITAL IN JACKSONVILLE FOR TRUMA TO THE FOOT AND TWO BLOOD CLOTT IN THE LUNGS WHERE ATTENDING PHYSICAN: NARIZADEH MD KASRA STATES THE FALL WHISHAM TOOK AT THE BAY COUNTY ANNEX WHILE IN THE CUSTODY OF THE DEFENDANTS CAUSE THE "DVT/PE" BECAUSE THE DEFENDANTS NEVERTOOK THE PLAINTIFF TO THE EMERGENCY ROOM FOR ANY TEST." THE PLAINTIFF WAS RELEASE FROM MEMORIAL HOSPITAL IN JACKSONVILLE AUGUST 21, 2007 WHERE

THE PRISON OFFICIAL WAS NOT LOOKING FOR THE PLAINTIFF TO COME BACK TO PRISON." "PLAINTIFF CAN ONLY STAND 7TO 5 MINUNITE ATA TIME BEFORE HIS PHYSICAL INJURY FLAIR UP." ORDER BY THE PRISON SPECIALIST AT RECEPTION AND MEDICAL CENTER." PLAINTIFF HAS BEEN ISSUE A NO PROLONG STANDING PASS FOR THE PHYSICAL INJURY THAT HE SUFFER IN THE HAND OF CORRECTIONAL CORPORATION OF AMERICA MEDICAL STAFF EXERICESING DELIBERATE INDIFFERENCE TO PLAINTIFF HEALTH AND SAFETY."

(15).ON OR ABOUT APRIL 25, 2007, "DEFENDANTS JOSEPH PONTE EXERICES DELIBERATE INDIFFERENCE TO PLAINTIFF HEALTH AND SAFETY BY HAVEING C. MILES TAKEING WHISHAM SHOES, AND BY NOT ANSWERING ANY OF THE GRIEVANCES, AND BY NOT SENDING WHISHAM TO THE EMERGENCY ROOM FOR ANY TEST." ON OR ABOUT AUGUST 14, 2007 DR. NARIZADEH MD, KASRA STATED IN THE PLAINTIFF MEDICAL RECORDER THAT THE FALL PLAINTIFF TOOK WHILE IN THE HAND OF THE DEFENDANTS IS THE CAUSE OF THE PLAINTIFF PHYSICAL INJURY. LORI KORMANN, ARNP ON OR ABOUT MARCH 14, 2008 ASK WHISHAM HOW HE SUSUBSTAINED THIS INJURY. "WHISHAM RESPONDED WHILE IN THE CUSTODY OF THE DEFENDANTS HE FELL COMING OUT OF THE SHOWER DO TO THE DEFECTIVE PAIR OF SHOWERSLIDES". AND ALL THE DEFENDANTS DID WAS WRAP WHISHAM ANKLE AND FOOT UP AND GAVE WHISHAM A PAIR OF CRUCTHES FOR THE NEXT FIVE MONTH EXERICES DELIBERATE INDIFFERENCE TO PLAINTIFF HEALTH AND SAFETY." CAUSE ING PLAINTIFF TO SUFFER TWO BLOOD CLOTT IN HIS FOOT WHICH BROKE OFF AND WENT INTO WHISHAM LUNGS." THOSE ARE DR. NARIZADEH MD, KASRA OF MEMORIL HOSPITAL IN JACKSONVILLE DIAGNOSIS, LORI KORMANN ARNP, (9252803) DC4 - 7010 (2/96) DIAGNOSIS ARE THE SAME AT WASHINGTON CORRECTIONAL INSTITUTIONAL      MEDICAL STAFF. "ACCORDING TO THE DEPARTMENT OF CORRECTION PLAINTIFF HAVE A CHRONIC ILLNESS CLINIC APPOINTMENT IN THE VERY NEAR FUTURE DO TO THE DEFENDANTS EXERICESING DELIBERATE INDIFFERENCE TO PLAINTIFF HEALTH AND SAFETY."

(16). "THE DEFENDANTS ARE NOT IMMUNE FROM SUE DO TO THESE FACTS: THE DEFENDANTS EMPLOYER CORRECTIONS CORPORATION OF AMERICA." IN THE YEAR 2000, WERE SUE BY SOME INMATES IN TEXAS PRISON THAT OWN AND OPERATED BY CORRECTIONS CORPORATION OF AMERICA AND WAS AWARDED $10,000,000 DOLLAR FOR THE OFFICER EXCESSES FORCE THIS PRIVATE OWN CORPORATION HAS STOCK THAT OPEN TO THE PUBLIC THEREFORE THEY ARE NOT IMMUNE FROM SUE." THEY AN'T NO JUDGE NOR IS THEY THE GOVERNMENT. "JUDGE MICHALE C. OVERSTREET SAYES THEY ARE LIABLE FOR MY HEALTH AND SAFETY."

(17)."ON OR ABOUT MARCH 13, 2008 THE DEPARTMENT OF CORRECTIONS C. GREENE STATEST THAT WHIGHAM WAS TRANSFERRED BACK TO WASHINGTON NOT OUT OF REPRISAL BUT BECAUSE THAT IS WHERE WHIGHAM WHERE HOUSE PRIOR TO YOUR MEDICAL APPOINTMENT AT RECEPTON AND MEDICAL CENTER""EXERCISEING DELIBERATE INDIFFERENCE TO WHIGHAM HEALTH AND SAFETY BY TRYING TO COVER UP FOR CORRECTIONS CORPORATION OF AMERICA BAY COUNTY ANNEX MEDICAL STAFF."

(18)."ON OR ABOUT AUGUST 14, 2007 DR. NABIZADEH MD, KASRA RECOMMENDED PHYSICAL THERAPY AND PLAINTIFF NEVER DID GET IT DO TO DR. LIPPMANN EXERCISEING d- DELIBERATE INDIFFERENCE TO PLAINTIFF HEALTH AND SAFETY."

(19)."DO TO THE DEFENDANTS EXERCISEING DELIBERATE INDIFFERENCE TO PLAINTIFF H- HEALTH AND SAFETY WHIGHAM NOW WALK WITH A LIMP." ON OR ABOUT OCTOBER 3, 2007 THE STATE MEANING THE DEPARTMENT OF CORRECTION PLACE WHIGHAM RIGHT BACK IN THE HANDS OF DR. LIPPMANN" WHERE HE CONTENIOUN TO EXERCISEING DELIBERATE IND- IFFERENCE TO PLAINTIFF HEALTH AND SAFETY"

(20). DO TO THE DEFENDANTS EXERCISEING DELIBERATE INDIFFERENCE TO PLAINTIFF HE- ALTH AND SAFETY WHIGHAM NOW WALK WITH A LIMP. ON OR ABOUT OCTBER 3, 2007, THE ST- ATE MEANING THE DEPARTMENT OF CORRECTION PLACE WHIGHAM RIGHT BACK IN THE H- AND OF DR. LIPPMANN WHERE HE CONTINUE TO EXERCISEING DELIBERATE INDIFFERENC- E TO PLAINTIFF HEALTH AND SAFETY BY JUST LOOKING AT THE PLAINTIFF PHYSICAL INJURY AND HAD NURSE DEBBIE THOMAS TO REFUSE WHIGHAM MEDICAL TREATMENT ON OR ABOUT DECEMBER 4, 2007.

(21). ON OR ABOUT MAY 5, 2008 "NURSE FRAM, A NURSE AT WASHINGTON CORRECT- IONAL INSTITUTION INFORM THE PLAINTIFF THAT THERE IS NOTHING ELSE THAT THEY CAN DO FOR ME CONCERNING THE PHYSICAL INJURY I SUFFER WHILE IN THE CUSTODY OF THE DEFENDANTS EXERCISEING DELIBERATE INDIFFERENT TO PLAINTIFF HEALTH AN SAFETY AND THAT EVEN THOUGHT THE DEFENDANTS WAS IN THE WRONG THAT I HAVE TO PAY FOR THE MEDICATION AND TED HOSE FOR THE REST OF MY LIFE"

(22). ON OR ABOUT JUNE 26, 2007, "DEFENDANTS JOSEPH PONTE EXERCISE DELIBE-

DELIBERATE INDIFFERENCE TO PLAINTIFF AND SAFETY BY NOT FOLLOWING JUDGE MICHAEL C. OVERSTREET ORDER TO DEAL WITH THE PHYSICAL INJURY TO THE PLAINTIFF LEFT FOOT AND ANKLE SUSTAINED WHILE IN THE CUSTODY OF THE DEFENDANTS WHO EXERCISE DELIBERATE INDIFFERENCE TO PLAINTIFF HEA- HEALTH AND SAFETY".

(23). ON OR ABOUT JUNE 11, 2007, "THE ABOVE NAMED DEFENDANTS EXERCISE DELI- ERATE INDIFFERENCE TO PLAINTIFF HEALTH AND SAFETY - BY NOT GIVEING THE PL- AINTIFF A MEDICAL PASS TO GET AN EXTRA PILLOW FROM LAUNDRY." WHEN THEY MEANI- NG THE DEFENDANTS SENT MEDICAL RECORDER TO JUDGE OVER STREET SAYING THEY WAS USEING ELEVATION AND COMPRESSION TO DEAL WITH THE PLAINTIFF PHYSICAL INJUR- Y WHILE IN THE CUSTODY OF THE DEFENDANTS".

(24)."ON OR ABOUT MAY 6, 2007, THE ABOVE NAMED DEFENDANTS EXERCISE DELIBE- RATE INDIFFERENCE TO PLAINTIFF HEALTH AND SAFETY AND DESCRIMNATION BY TAKEING INMATE "C.J. FROM NEW ORLEAN TO THE THE EMERGENCY ROOM FOR A BR- BROKEN OR FRACTURE ARM WHILE WRESTLING IN THE DORM". HE TOLD THE DEFEND- ANTS HE HURT HIMSELF CLIMBING IN AND OUT OF HIS BUNK".

(25). ON OR ABOUT JULY 11, 2007, "THE ABOVE NAMED DEFENDANTS EXERCISE DEL- IBERATE IN DIFFERENCE TO PLAINTIFF HEALTH AND SAFETY." BY HAVEING SGT. HINDS AND SGT. HATTON TAKE PLAINTIFF TO DR. ROHAN AT PANAMA CITY, ORTHOPEDICS SPEC- IALIST WHO INFORM THE PLAINTIFF AND SGT. HINDS AND SGT. HATTON THAT W HI GHAM HAVE A CHIPBONE AND A SPRAIN ANKLE RIGHT IN FRONT OF THE TWO SGT. AND TOLD T- HEM I NEED AND ANKLE BRACE AND THE DEFENDANTS WENTED AND GOT AND AIR CAST EXERCISEING DELIBERATE INDIFFERENCE TO PLAINTIFF HEALTH AND SAFE- TY BY NOT FOLLOWING DR. ROHAN THE ORTHOPEDICS SPECIALIST ORDER NOR HIS RECOMMEDATION". PLAINTIFF'S PLANE TO CALL THESE THREE AS WITTN ESS TO THE RECKLENESS INDANGERMENT OF THE PLAINTIFF'S LIFE".

## CASE LAWS

SEE: MARTIN V. THE STATE OF NEW YORK, ROCHESTER COURT OF CLAIMS, CASE NO. 105026

SEE: LONG V. NEW YORK, N.Y WHITE PLAINS COURT OF CLAIMS, CASE NO: 2006-010-028, CLAIM NO. 107435. COMPARE DESROSIERS V. MORAN, 949 F. 2d 15, 19 (1ST CIR 1991). 29 57. FARMER, 114 S. CT. AT 1983 (QUOTING HELLING V. MCKINNEY, 508 U.S. 25, 33 (1993). C-COMPARE WATSON V. CATON, 984 F. 2d 537, 540 (1ST CIR. 1983). HOEHL V. DALSHEIM, 85 F. 3d 86, 88 (2d CIR. 1996), MILTEER V. BEORN, 896 F. 2d 848, 852-53 (4TH CIR. 1990). C-COLLE V. BRAZOS COUNTY, TEX, 981 F. 2d 237, 244 (5TH CIR. 1993). BORETTI V. WIS-COMB, 930 F. 2d 1150, 1154-55 (6TH CIR. 1991). ESTATE OF ROSENBERG V. CRANDELL, 56 F. 3d 35, 37 (8TH CIR. 1995). KELLEY V. BORG, 60 F. 3d 664, 667 (9TH CIR. 1995). HARRIS V. COWETA COUNTY, 9A., 21 F. 3d 388, 394 (11TH CIR. 1994). DESROSIERS V. MORAN.949 F. 2d 15, 19-20 (1ST CIR. 1991). ESTELLE V. GAMBLE, 492 U.S. 97, 104-05 (1976). CITY OF REVERE V. MASSACHUSETTS GENERAL HOSPITAL. CITY OF CANTON V. HARR-IS. BUFFINGTON V. BALTIMORE COUNTY, 913 F. 2d 113, 120 (4TH CIR. (1990). SEE: ZARN-ES V. RHODES, 64 F. 3d 285, 290 (7TH CIR. 1995). DUE PROCESS SEE: CRUZ V. BE-TO, 405 U.S. 319, 322 & N. 2 (1972). BELL V. WOLFISH, 441 U.S. 520 (1979). THE COURT HAS HELD THAT PRIVATE PERSONS WHO ARE AUTHORIZED TO EXERCISE STATE AUTHORITY ARE DEEMED TO BE ACTING "UNDER OF STATE LAW." WEST V. ATKINS, 487 U.S. 42, 54-55 (1988). ID, AT 57; ACCORD CONNER V. DONNELLY, 42 F. 3d 220, 225 (4TH CIR. 1994). ESTATE OF COLE BY PARDUE V. FROMM, 94 F. 3d 254 (7TH CIR. 1996); (PRO SE COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO STATE CLAIM UNLESS IT APPEARS BEYOND DOUBT THAT PLAINTIFF CAN PROVE NO FACTS IN SUPPORT OF CLAIM THAT WOULD ENTITLE HIM TO RELIEF.) SEE: BIEREGU V. RENO, 59 F. 3d 1445, 1454 (3d CIR. 1995). THE ADAMITI-GATION MEASURE: SUTTON V. UNITED AIRLINES, INC. MURPHY V. U-NITED PARCEL SERVICE, INC. ALBERTSONS, INC. V. KIRKINGBURG. CLEVELAND V. POLICY MANAGEMENT SYSTEMS CORP. WRIGHT V. U-NIVERSAL MARITIME SERVICE CORP. OLMSTEAD V. L.C. .GARRETT V. UNIVERSITY OF ALABAMA . I AM PROTECTED BY THE AMERICA-NS DISABILITIES ACT . HOUSLEY V. DODSON, 41 F. 3d 597, 600 (10TH CIR. 1994). ROCKWELL V. CAPE COD HOSP., 26 F. 3d 254, 260-61 (1ST CIR. 1994). SEE: EXIBT A

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

(1). § 242. DePRIVATION OF RightS UnDER COLOR OF LAW. (2). due PROCESS OF THE LAW. (3). FIRST Amendment. (4). FiveTH AmenD MenT RIGHT. (5). eIGHT AmenD MenT RIGHT. (6). FOURTeenTH AmendmenT RIGHT. (7). THE AMERICA DISABILITY ACT. (8). AnD Any OTHeR FedeRAL CIVIL RIGhT ThAT STORE UPON Me AS An AMERICA N.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

(1). PLAINTIFF DemanDeD A JURY TRIAL, (2). PLAINTIFF RequesT COURT COST AnD Any OTHeR COST THAT THe COURT SeeFIT, (3). PLAINTIFF RequesT ATTORNEY FeeS IF One HAS TO Be HiRe. (4). PUNITIVE DAMAGeS. (5). PAST PAIN AnD SUFFERING (6) FUTURE PAIN AND SUFFERING, (7) PResenT PAIN AND SUFFeRING (8) MenTAL AnguiSH (9). MenTAL STReeS. (9). PHYSICAL PAIN AND SUFFERING.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

MAY 13, 2008
(Date)

Jessie James Whigham
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☑ deposited in the prison's internal mail system on:
the __13__ day of ___MAY___, 20_08_.

Jessie James Whigham
(Signature of Plaintiff)

A

*D R. REPORT*
*TO The COURT*

Case Review Regarding Whigham, Jessie 07-002769

JUN 0 5 2007

Chief Complaint: Foot swelling after a fall

History of Chief Complaint: The patient reports he fell in the shower 4/24/2007. He was subsequently seen by nursing on 4/24/2007. The physical exam revealed edema of the left lower extremity including the foot and ankle. Of note there was no obvious deformity, no ecchymosis, and no skin discoloration. X-rays were later taken revealing no fracture of the left foot or ankle. The patient was seen by the facility physician on 21 May and on 4 June 2007. The examination reveals swelling of the extremity on the 21st of May greatly reduced on the 4th of June.

Past Medical History: The medical chart reveals the patient had significant varicose veins and surgical removal of veins to both lower legs. Removal of veins increases swelling to the extremity because veins carry blood away from the extremity.

The current treatment of using compression and elevation should help reduce swelling nevertheless, with the patient's history of venous insufficiency due to previous surgical intervention there will be chronic swelling of the left foot and ankle.

If there are questions regarding this case feel free to contact the facility physician at the Bay Jail.

Respectfully,

Dr. Ron Lippmann D.O.

A

" The mecdiAL TReATmemT FoR InmATe
whighAm got just ThAT BAde"!

## IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
## IN AND FOR BAY COUNTY, FLORIDA

STATE OF FLORIDA,

      Plaintiff,

vs.

JESSIE JAMES WHIGHAM,

      Defendant.

Case No. 07-268;05-115G

COPY

## ORDER DISMISSING MOTION TO GO TO PRISON

**THIS MATTER** is before the Court on the defendant's Motion to Go to Prison. Having considered said motion, court file/record, and being otherwise fully advised, the Court finds as follows:

Defendant has been appointed counsel. Thus, defendant's pro se motion is null and void. Defendant appears to have a court date scheduled on 7/16/07. The Court will forward a copy of defendant's motion to counsel.

It is, therefore,

**ORDERED AND ADJUDGED** that defendant's motion is **DISMISSED without prejudice.**

**DONE AND ORDERED** in Panama City, Bay County, Florida, this 16 day of July 2007.

**HONORABLE MICHAEL C. OVERSTREET, CIRCUIT JUDGE**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing has been provided by U.S. Mail to Jessie James Whigham, 5600 Nehi Road, Panama City, FL 32404 and Office of the Public Defender-Attention: Georgette Beller,  this 17 day of July 2007.

Robin Owens, Judicial Assistant

A



**FLORIDA
DEPARTMENT of
CORRECTIONS**

Governor
**CHARLIE CRIST**

Secretary
**James R. McDonough**

*An Equal Opportunity Employer*

2601 Blair Stone Road • Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

June 22, 2007

Jessie James Whigham, B-58-L, DC#999503
5600 Nehi Road
Panama City, Florida 32404

**Re: June 19, 2007 Correspondence**

Your correspondence of June 19, 2007 concerning medical treatment has been referred to the
Office of Health Services for review.

**OFFICE OF THE GENERAL COUNSEL**

**cc: Office of Health Services**

I WROTE THE DEPARTMENT OF CORRECTIONS AFTER
THEY BEING THE DEFENDANTS WOULD NOT FOLLOWER
YOUR ORDER JUDGE MICHAEL C. OVERSTREET
ISSUE ON JUNE 26, 2007. "ASKING THE DEFENDANTS
TO PLEASE TAKE WHATEVER ACTION JOSEPH PONTE AS
WARDEN DEEM APPROPRIATE TO FIX WHIGHAM FOOT."



CHAMBERS OF
CIRCUIT JUDGE

FOURTEENTH JUDICIAL CIRCUIT OF FLORIDA

SERVING BAY, CALHOUN, GULF, HOLMES, JACKSON AND WASHINGTON COUNTIES

MICHAEL C. OVERSTREET
CIRCUIT JUDGE

ROBIN E. OWENS
JUDICIAL ASSISTANT

June 26, 2007

PLEASE REPLY TO:
POST OFFICE BOX 2237
PANAMA CITY, FL 32402
(850) 747-5650
(850) 747-5159 FAX

Warden Joseph Ponte
CCA Bay County Jail
314 ½ Harmon Avenue
Panama City, FL 32401

Re: State of Florida vs. Jessie James Whigham
Case No. 05-115

Dear Warden Ponte:

Enclosed is a copy of Inmate Whigham's correspondence dated June 17, 2007.

As this correspondence relates to some medical issues, it has been forwarded for your review. Please take whatever action you deem appropriate.

Sincerely,

Robin E. Owens
Judicial Assistant to
Michael C. Overstreet

/reo

cc: Assistant Warden Richard Thore
Al Sauline, ASA
Georgette Beller, APD

June 8, 2007

Whigham, Jessie James

Mr. Whigham:

I spoke with CCA medical concerning your situation on 6/5/07. According to medical, you were seen by Dr. Lippmann of Monday, June 4th. Also according to medical, another x-ray of your foot/ankle has been conducted, and Dr. Lippmann had reviewed it when you were seen. According to medical the x-ray was "normal." Finally, medical indicated to me that the swelling you are complaining about has been an ongoing problem for you for quite some time, well before you came into the jail. I understand that you do not agree with this assessment, but I am simply communicating to you what I was told.

As indicated to you previously, I am not a medical doctor, obviously, and my role here is make sure that you are seen by the proper medical professionals, which Dr. Lippmann qualifies as. I cannot tell the doctor how to treat you, however.

For your information attached is the section of the yellow pages where the personal injury attorneys are listed. I do not practice that type of law, so I cannot tell you "how much you could receive for permanent damage for the rest of your life."

Per one of your recent requests, also attached are the 42 U.S.C. 1983 forms.

Best wishes!

E. Dowdy

A

EMILY L. DOWDY COULD OR YOU MENTION ABOUT WHIGHAM WORKING WITH MIS. BELLER RIGHT, OK I GOT SOME INFO FOR YOU AND HER AFTER YOU READ THIS AND FACT A COPY TO MIS BELLER. ON 6-05-07 JUDGE OVERSTREET ASK MIS BELLER TO SEND FOR A COPY OF MY MEDICAL RECORD AND THE RECORDER SAIDE (THE CURRENT TREATMENT OF USING COMPRESSION AND ELEVATION SHOULD HELP REDUCE SWELLING NEVERTHELESS) ON 6-11-07 I FEEL A SICK CALL SLIP WERE I WAS DENIED AS USELE BUT IT SAIDE. (MR, FLOWER TOLD WHIGHAM THAT HE NEED A PASS TO GET A EXTRA PILLOW OR BLANKET TO RAISE his LEG ABOVE his HEART CAN I GET SOME KIND OF PASS SO I CAN TRY AN GET BETTER, (MEDICAL RESPONED WAS THERE IS NO DOCTOR'S ORDER TO ELEVATE YOUR LEG NOW I HAVE THIS IN WRITING AFTER THESE PEOPLE HAVE LIE TO THE JUDGE I WANTED TO BRING THIS TO COURT TO SHOW THE JUDGE THAT HE WAS LIE TO I RECIED THIS INFO ON

6-12-07 SO CAN YOU FORWARD A COPY TO MIS BELLER AND THE JUDGE. AND THE STATE ATTORNEY I SHOULB BE ALLOW TO SEE AND OUT SIDE DOCTOR. I READY TO GO TO COURT BECAUSE THE DOCTOR IS THE SECOND DEFENDANTS MY PRICE IS DOWBLE NOW. SO CAN YOU HELP ME WORK WITH MIS. BELLER AND SEE THAT HER AND THE JUDGE GET A COPY OF THIS LETTER I WOULD SEND THE FACT BUT I MIGHT NOT GET IT BACK

Jessie Whigham

1-17-07

13-80A2
COPY

## Sick Call Request (Co-Pay)

**Part A:** (to be completed by inmate/resident)

JUN 12 2007

Work Assignment: _____

Work Hours: _____ Housing Assignment: _B- 58- L_

Reason for requesting Health Services Appointment (BE SPECIFIC): _MR. FLoweR ToId WnighAm_

_ThAT he Need A pAss To geT exTRA pillow oR BlANKeT To RAise hisLeg_

_ABove his heART cAN I geT someKind oF pAss soI cAN TRy AN geT BeTTeR_

How long have you had this problem? _4-24-07_

Inmate (Print Name): _Jessie WhighAm_  Inmate Number: _07- 002764_

Inmate/Resident Signature: _Jessie James whigham_  Date: _6-11-07_

**Part B** (Medical Staff only)

Services and Meds Provided:

Health Services Signature:  Date:

## *Charge Receipt*

**Part C:** (to be completed by inmate/resident)

Inmate Name (Print): _Jessie Whigham_

Inmate Number: _07- 002769_  Date: _6-11-07_

Work Assignment: _____

Work Hours: _____ Housing Assignment: _B- 58- L_

I understand that in accordance with State Law, I will be charged for each chargeable medical/psychiatric/dental service I receive and for each chargeable medication ordered. I also understand that if the Facility determines I am indigent or funds are unavailable at the time of service, a hold will be placed on my trust fund account and I will be charged when funds become available.

This request authorizes disbursement from my trust fund account.

Inmate/Resident Signature: _Jessie whigham_  Date: _6-11-07_

**Part D** (to be completed by Medical Staff)

Charges:

The inmate/resident received chargeable medical services @$ _____  $ _____

The inmate/resident received chargeable psychiatric services @$ _____  $ _____

_____ The inmate/resident received chargeable dental services @$ _____  $ _____

_____ The inmate/resident received _____ medications @$ _____ each  $ _____

Health Services Initials: _____

**White: Medical Records**  **Yellow: Parts C & D – Business Office**  **Pink: Inmate/Resident**

**Property of Corrections Corporation of America**  MAR 2006

# CCA BAY COUNTY JAIL & ANNEX
## INMATE REQUEST FORM

**To:** (Check One)
- [ ] Warden
- [ ] Asst. Warden
- [ ] Classification
- [✓] Medical
- [ ] Chief of Security
- [ ] Shift Supervisor
- [ ] Other (Write in name)

| | Inmate Name | Booking # | Housing Assignment | Date: |
|---|---|---|---|---|
| **FROM:** | JESSIe JAmes WhighAm | 07-002769 | B-58-L | 5-16-07 |

**REQUEST:**

ATT.: medicAL STAFF I Jessie hAve wRote The Asst. wARdeN oN The FACT ThAT I Jessie hAve wROte SeveRAL RequesT And gRievANce To Be send By The DocTOR ABOUT my AcCidenT And The pRoBlem I hAveing now. ThAT I did noT hAve wheN I cAme to JAiL And oN The FACT OF 4-24-07 how Jessie hAd To LAy TheRe FRom 4:30 Til 9:30 BeFoRe he sAw The nuRSe. ThAT wAsn'T The cAse wiTh INmAte C J Who Told CAPTAiN BROw ThAT he BROke his ARm geTTing iN An ouT oF Bed when he BROke his ARm wRestling on 5-06-07. mAkeing no ThReAT oR pRomise I need To See A docTOR so I cAn deTeRmine why my Leg keep swelling up I wAnTed To See oR Finde ouT The ResulT oF The ExR-ExRAy. I will File This mATTeR To The wARden IN ThRee woRking dAyes BeCAuse This Is medicAl neLecTed. I mAde AnoTheR Copy So you cAn do youR JoB Plese.

All request will handled in one of the following ways: 1) Written Information 2) Personal Interview   Jessie Whigham

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE:**

**OFFICIAL (Signature)**

INFORMAL
GRIEVANCE

# CCA BAY COUNTY JAIL & ANNEX

## INMATE ~~REQUEST FORM~~

**To:** (Check One)

| | |
|---|---|
| ☐ Warden | ☐ Classification |
| ☐ Asst. Warden | ☑ Chief of Security |

☐ Medical    ☐ Shift Supervisor    ☐ Other (Write in name)

**FROM:**

| Inmate Name | Booking # | Housing Assignment | Date: |
|---|---|---|---|
| Jessie James Whigham | 07-001769 | B-58-L | 6-11-07 |

**REQUEST:**

ATT: Chief of security I wrote the shift supervisor on 5-16-07 about medical. About the accident That whigham had on 4-24-07. Whigham wanted to know if he would Be getting Any his Request Form or grievance Back from medical Anytime soon sinch They have no Further Treatment For him. medical say There is nothing else They can do About the Accident That happion on 4-24-07 whighAm would Like To have That in writing for when I can see A Real doctor.

*Jessie Whigham*

All request will handled in one of the following ways: 1) Written Information 2) Personal Interview

DO NOT WRITE BELOW THIS LINE

**RESPONSE:**

**OFFICIAL (Signature)**

A
INFORMAL
grievance

COPY
2

# BAY COUNTY JAIL & A
## INMATE REQUEST FORM

**To:** (Check One)

[✓] **Warden**  [ ] **Classification**  [ ] **Medical**  [ ] **Other** *(Write in name)*

[ ] **Asst. Warden**  [ ] **Chief of Security**  [ ] **Shift Supervisor**

| FROM: | Inmate Name | Booking # | Housing Assignment | Date: |
|---|---|---|---|---|
| | Jessie JAMes WhighAm | 07-002769 | B-58-2 | 5-30-01 |

**REQUEST:**

ATT! WARden SiR InMATE WhighAm singn Up FOR Sick CALL AND WAS
discriminATed AgAinst By The medicAL sTAFF heRe AT The
Annex.

Jessie whigham

All request will handled in one of the following ways: 1) Written Information  2) Personal Interview

DO NOT WRITE BELOW THIS LINE

**RESPONSE:**

**OFFICIAL (Signature)**

FLORIDA DEPARTMENT OF CORRECTIONS
TRUST FUND ACCOUNT STATEMENT
FACILITY: 110 - WASHINGTON C.I.
FOR: 04/01/2008 - 04/30/2008

ACCT NAME: WHIGHAM, JESSIE          ACCT#: 999503
BED: B2109L                         TYPE: INMATE TRUST
PO BOX:

BEGINNING BALANCE 04/01/08          $0.00

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 04/04/08 | 541 | LEGAL COPIES WD | 20080320 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 04/04/2008 | 20080320 | | | | |
| 04/04/08 | 541 | LEGAL COPIES WD | 20080313A | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 04/04/2008 | 20080313A | | | | |
| 04/04/08 | 541 | LEGAL COPIES WD | 20080313B | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 04/04/2008 | 20080313B | | | | |
| 04/04/08 | 541 | LEGAL COPIES WD | 20080313C | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 04/04/2008 | 20080313C | | | | |
| 04/14/08 | 270 | LEGAL POSTAGE W | 20080402 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 04/14/2008 | 20080402 | | | | |
| 04/14/08 | 270 | LEGAL POSTAGE W | 20080402A | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 04/14/2008 | 20080402A | | | | |
| 04/14/08 | 270 | LEGAL POSTAGE W | 20080324 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 04/14/2008 | 20080324 | | | | |
| 04/14/08 | 270 | LEGAL POSTAGE W | 20080324A | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 04/14/2008 | 20080324A | | | | |
| 04/14/08 | 270 | LEGAL POSTAGE W | 20080324B | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 04/14/2008 | 20080324B | | | | |
| 04/14/08 | 270 | LEGAL POSTAGE W | 20080324C | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 04/14/2008 | 20080324C | | | | |
| 04/14/08 | 292 | LEGAL POSTAGE W | 20080404 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 04/14/2008 | 20080404 | | | | |
| 04/28/08 | 177 | LEGAL POSTAGE W | 20080422 | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 04/28/2008 | 20080422 | | | | |
| 04/28/08 | 177 | LEGAL POSTAGE W | 20080422A | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 04/28/2008 | 20080422A | | | | |
| 04/28/08 | 177 | LEGAL POSTAGE W | 20080422B | 000 | | - | $0.00 | $0.00 |
| | | LIEN CREATED | - 04/28/2008 | 20080422B | | | | |

ENDING BALANCE 04/30/08          $0.00

| LIEN DATE | TYPE OF LIEN | LIEN FACL | AMOUNT OF LIEN | AMOUNT STILL OWED |
|---|---|---|---|---|
| SUMMARY | MEDICAL CO-PAYMENT | | $4.00 | $4.00 |
| SUMMARY | FEDERAL PRISON LITIGATION | | $700.00 | $700.00 |
| SUMMARY | LEGAL POSTAGE | | $9.30 | $9.27 |

STATE OF FLORIDA

COUNTY OF BAY

BEFORE ME, THE UNDERSIGNED NOTARY, APPEARD JESSIE JAMES WHIGHAM WHOM IS PERSONALLY KNOWN TO ME AND/OR OTHERWISE HAS PRODUCED A FLA. DEPT. OF CORRECTION'S I.D. NUMBER #999503, VERIFYING HIS IDENTIFIC-ATION, AFTER BEING DULY ~~BEING~~ SWORN, STATES THAT HE HAS PERSONAL KNOWLEDGE OF THE FACTS AND STATEMENTS CONTAINED WITHIN THIS LEGAL DOCUMENT AND THAT THE SAME ARE TRUE AND CORRECT.

SWORN AND SUBSCRIBED TO

BEFORE ME ON THIS____ DAY OF _____

SIGNATURE OF NOTARY PUBLIC _____

(TYPED OR PRINTED NAME OF NOTARY)

MY COMMISSION EXPIRES

PLAINTIFF PLAINE TO PRODUCE X RAY AND EXPERT DR. IF he

ALLOW TO PROCEED IN COURT. BECAUSE I HAVE TRY TO SETTLE This
MATTER BEFORE WE GO TO COURT AND hAVE The MEDIA INVOLVE
IN This MATTER BECAUSE PLAINTIFF hAS SUFFER SEVERAL INJURY
physical INJURY FOR REST OF his LIFE. we don't hAVE TO TAKE This
MATTER TO COURT. "I plaNE TO see MY DR. AS soon AS I'm RELEASE
FROM PRISON AND IF he SAY The SAME Thing ThAT The DOCTOR FROM
JACKSONVILLE AND WAShington Then There Is no SETTLEing. I hAVE
TRY TO CONTACT John FERGuson ABOUT This MATTER he FAIL TO ResponDe
These DEFENdANTS EMPLOYER WERE SUE IN TEARS FOR BEATING
INMATES IN The yEAR 2000 There FOR They ARE NOT IMMUNE FROM
SUE. JUDGE BOW SAY They ARE LIABLE AS WELL AS OVERSTREET WhO
WILL BE CALL TO TESTIFY AgAinsT The DEFENdANTS EMPLOYER.

Jessie James ehigher

999503



STAMPED IN ERROR

HAROLD BAZZEL
CLERK OF CIRCUIT COURT
BAY COUNTY, FLORIDA

MAY 22 P 3: 45

FILED

13-80A2

## Sick Call Request (Co-Pay)

**Part A:** (to be completed by inmate/resident)

JUL 12 2007

Work Assignment: _____

Work Hours:_____ Housing Assignment: _B-58-L_

Reason for requesting Health Services Appointment (BE SPECIFIC): _My Foot Is Swollen and it_
_hurts, I'm having a very hard time getting around. It feels like_
_the re is a lot of pressure on it please call me cut to look at it._
How long have you had this problem? _4-24-07_

Inmate (Print Name): _Jessie Whigham_                     Inmate Number: _07-002769_

Inmate/Resident Signature: _Jessie James Whigham_        Date: _7-11-07_

**Part B:** (Medical Staff Only)

Services From Medical Provider:

Health Services Signature: _____      Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## *Charge Receipt*

**Part C:** (to be completed by inmate/resident)

Inmate Name (Print): _Jessie Whigham_

Inmate Number: _07-002769_                          Date: _7-11-07_

Work Assignment: _____

Work Hours:_____ Housing Assignment: _B-58-L_

I understand that in accordance with State Law, I will be charged for each chargeable medical/psychiatric/dental service I receive and for each chargeable medication ordered. I also understand that if the Facility determines I am indigent or funds are unavailable at the time of service, a hold will be placed on my trust fund account and I will be charged when funds become available.

This request authorizes disbursement from my trust fund account.

Inmate/Resident Signature: _Jessie James Whigham_      Date: _7-11-07_

**Part D:** (to be completed by Medical Staff)

Charges:

The inmate/resident received chargeable medical services @ $ _____      $ _____
The inmate/resident received chargeable psychiatric services @ $ _____   $ _____
The inmate/resident received chargeable dental services @ $ _____        $ _____
The inmate/resident received _____ medications @ $ _____ each           $ _____

Health Services Initials: _____

**White: Medical Records**        **Yellow: Parts C & D – Business Office**        **Pink: Inmate/Resident**

**Property of Corrections Corporation of America**        MAR 2006

 

| Patient | Unit # | Service/Location | Date | Status | Account # |
|---|---|---|---|---|---|
| WHIGHAM, JESSE JAMES | J001070362 | TELEMETRY | 08/14/07 | ADM IN | J00205253040 |

**P A T I E N T**  Alternate Address? N      **P A T I E N T   E M P L O Y E R**

Soc Sec No   DOB    Age    Sex MS   Race Religion      NOT EMPLOYED
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   11/17/65   41    M   U    B    UNK
Address: PO BOX 628      Language: ENGLISH      ..XX 00000
    LAKE BUTLER,FL 32054      County: UNION COUNTY      Work Ph: (999)999-9999     Occp: INMATE
Home Phone: (386)496-6000   Other Phone:      Country: USA

**G U A R A N T O R**      **G U A R A N T O R   E M P L O Y E R**

CORRECTION,DEP OF      SS#: 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   Rel/Pt: OTHER      DEPARTMENT OF CORRECTIONS
Address:   PO BOX 628      Home Ph: (386)496-6000      P.O. BOX 628      Work:(904)496-6000
DOB 01011850   LAKE BUTLER,FL 32054     Cty: UNION COUNTY      LAKE BUTLER,FL 32054     Occp: FACILITY

**O T H E R   G U A R A N T O R**      **O T H E R   G U A R A N T O R   E M P L O Y E R**

     SS#:    --      Rel/Pt:
Address:      Home Ph:      Work:
DOB      Cty:      Occp:

**P E R S O N   T O   N O T I F Y**      **N E X T   O F   K I N**      **T E M P O R A R Y   A D D R E S S**

     CORRECTION,DEP OF
     PO BOX 628
     LAKE BUTLER,FL 32054
Home:      Work:      Home:(386)496-6000 Work:      Exp:
Rel to Patient:      Rel to Patient: OTHER      Comment:

**I N S U R A N C E # 1   FC 11**   Ins # 1 DETST     09411      **A U T H O R I Z A T I O N**

DETENTION PROGRAMS STATE     Policy # 999503      Auth Reqd-Y Auth Date: 20070814
DEPARTMENT OF CORRECTIONS     Insured WHIGHAM,JESSE JAMES     Type: INITIAL   No: NOT RQ/I     LOS
PO BOX 628     Rel to Pt SELF      Auth Ph:      By: DOC
LAKE BUTLER, FL 32054     Eff. 08/14/07 to     Rel Y Assign Y   Verf Reqd-Y Verf Date:
Phone (904)496-6000     Group 999503 - DEPARTMENT OF CORRECTIONS   Ver Ph: (999)999-9999   By: UNK

**I N S U R A N C E # 2**     Ins # 2      **A U T H O R I Z A T I O N**

    Policy #      Auth Reqd-   Auth Date:
    Insured      Type:      No:      LOS
    Rel to Pt      Auth Ph:      By:
    Eff.    to     Rel   Assign    Verf Reqd-   Verf Date:
Phone     Group      Ver Ph:      By:

**I N S U R A N C E # 3**     Ins # 3`      **A U T H O R I Z A T I O N**

    Policy #      Auth Reqd-   Auth Date:
    Insured      Type:      No:      LOS
    Rel to Pt      Auth Ph:      By:
    Eff.    to     Rel   Assign    Verf Reqd-   Verf Date:
Phone     Group      Ver Ph:      By:

**O C C U R R E N C E S**      **C O N D I T I O N S**      **A C C I D E N T   I N F O**

Code Type      Date    Time    Code Type      Accident ?   N
11   ONSET OF SYMPTOMS/ILLNESS    08/14/07      Type:
     Location of Accident:

     Adm Priority: UR      Date:     Time:
     Senior Friend? N      Other persons involved:
Occr SpanCode:   From:     Thru:      Ins Card Copy: N
     If No,reason: PNSV
Admission Comment:      Pt Valuables:      Spec Prg:

**P H Y S I C I A N S**

Attending Physician      Admitting Physician      Emergency Room Physician
Nabizadeh MD,Kasra      Nabizadeh MD,Kasra
Prim Care Physician      Family Physician      Other Physician
Thayer MD,James S.

**A D M I S S I O N / R E G I S T R A T I O N**    Initial Screen Date:

| Date | Time | Source | Rm/Bed | Arrival | Principal Admitting Diagnosis/Reason for Visit | Admitted By |
|---|---|---|---|---|---|---|
| 08/14/07 | 2142 | COURT/LAW ENFORCEMEN | 372/A | | CP/HYPOXEMIA | 1RSHXM6577 |

Memorial Hospital Jacksonville      Last Edit User: 1RSHXM6577
3625 University Blvd. South Jacksonville, FL 32216 (904) 399-6111
ADMISSION FORM    A7001      Printed 08/21/07 0808

| Date | N.B. Frequent periodical notations should be made concerning progress of case, complications, etc. |
|---|---|
| 8/20/07 | JCCA |
| 0800 | (S) Awake, no c/o SOB or pain |
| | (O) VS stable, afebrile |
| | Alert oriented x3 |
| | NAD |
| | Lungs CTA |
| | Heart reg |
| | Ext warm |
| | Meds: IV heparin |
| | po Coumadin |
| | (A) Pulmonary Embolism |
| | Anemia |
| | (+) Tobacco use |
| | (-) [illegible] |
| | (P) Cont IV heparin / await therapeutic INR. |
| | [signature] |
| 8/21/07 | JCCA |
| | D/C Dictated 11203 |
| | [signature] |

[signature]

**DO NOT use the following unapproved abbreviations:**

| | | | | |
|---|---|---|---|---|
| U or u | x3d | Zero after decimal point (1.0) | No zero before decimal dose (.5mg) | Apothecary symbols |
| IU | Q.D. | Q.O.D. MS or MSO4 | MgSO4 | µg |

**Memorial Hospital Jacksonville**
**Jacksonville, Florida**

**PROGRESS RECORD**

501

896250 (Rev. 10/04)

PATIENT LABEL

WHIGHAM, JESSE JA 11/17/1965
U#J001070362 A#J00205253040
AGE: 41 SEX: M
DOS: August 14, 2007
Nabizadeh MD, Kasra 999503

Age/Sex: 41 M    Attending: Nabizadeh MD,Kasra    WHIGHAM,JESSE JAMES
Unit #: J001070362    Account #: J00205253040
Admitted: 08/14/07 at 2142    Location: J.3NT    JACKSONVILLE NETWORK PCI **LIVE**  for JNURALG
Status: ADM IN    Room/Bed: J.372-A    RT INTERVENTION SUMMARY T4402

| Intervention Description | | | | Sts Directions | From |
|---|---|---|---|---|---|
| Activity | Occurred | Recorded | | Documented | |
| Type | Date | Time by Date | Time by Comment | Units | Change |

### Activity Date: 08/20/07    Time: 2201 (continued)

Activity Date: 08/20/07    Time: 2201 (continued)
O2 in Use: ACTIVE

### Intervention's Total Documented Units

| 2061230 | RT: Oxygen Monitor + | | 36.0 | |

Patient's Total Documented Units    36.0

| Monogram Initials | Name | Nurse Type |
|---|---|---|
| CV | JRTCV | Vilches,Concepcion | RT |
| CW | JRTCW | Williams,Carol | RT |
| IF | JRTIF | Faustino,Iluminada | RT |
| JE | JRTJE | Evans,Jonathan | RT |
| LS | JRTLS | Smith,LaRaysa | RT |
| PB | JRTPB | Bridges,Patrick | RT |
| RR | ERTRR | Richardson,Roderick | RT |
| SDJ | JRTSDJ | Jones,Sheila D | RT |

MEMORIAL HOSPITAL OF JACKSONVILLE
3625 University Blvd. South
Jacksonville, Florida

Page    6

08/21/07
0807

Patient: WHIGHAM, JESSE JAMES            Acct#: #J00205253040 Unit#: J001070362   (Continued)

********************************** HAI SURVEILLANCE SCREEN**********************************

SPEC #: 07:JM:B0027588R         COLL: 08/15/07-0100       STATUS: COMP
                                RECD: 08/15/07-0712       SUBM DR: Nabizadeh MD, Kasra
SOURCE: NARES                   ENTR: 08/15/07-0019       OTHR DR: Thayer MD, James S.
SPDESC:
ORDERED:   MRSA SCREEN
COMMENTS: DR ORDER WORDS/SPECIAL REQUESTS: MRSA SURVEILLANCE
          HOLD IN OE? N

> MRSA SURVEILLANCE SCREEN  Final 08/17/07
        MRSA SURVEILLANCE SCREEN       MRSA SCREEN NEGATIVE
                                       ISOLATION MAY BE DISCONTINUED UNLESS OTHERWISE
                                       INDICATED.

    ** END OF REPORT **                                      (Laboratory Final Summary)
Patient: WHIGHAM, JESSE JAMES                 Acct#J00205253040        Unit#J001070362

MEMORIAL HOSPITAL OF JACKSONVILLE
3625 University Blvd. South
Jacksonville, Florida

---

Patient: WHIGHAM,JESSE JAMES          Acct#: #J00205253040 Unit#: J001070362   (Continued)

*************************** COAGULATION STUDIES (continued) ***************************

| Date Time | -----------08/16/07----------- | | | 08/15/07 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2030 | 1158 | 0535 | 0835 | Reference | Units |
| PTT | 55.8(c)  H | 49.7(c)  H | 53.1(c)  H | 64.4(c)  H | (21.8-34.7) | Second |

| Date Time | 08/14/07 2230 | | | | Reference | Units |
| --- | --- | --- | --- | --- | --- | --- |
| PT | 11.0 | | | | (8.5-12.4) | SECOND |
| INR | 1.06(d)  L | | | | (2.0-3.0) | |
| PTT | 31.4(c) | | | | (21.8-34.7) | Second |

NOTES:  (c)  Heparin concentrations of 0.3 to 0.7 units/mL based on
             the Anti-Factor Xa assay suggest an APTT therapeutic range
             of 54.0 to 91.0 seconds.

             Heparin concentrations of 0.3 to 0.6 units/mL based on
             the Anti-Factor Xa assay suggest an APTT therapeutic range
             of 54.0 to 82.0 seconds.

        (d)  INR  2.0 - 3.0    INDICATIONS:
                                   Prophylaxis of venous thrombosis
                                   Treatment of venous thrombosis
                                   Treatment of PE
                                   Prevention of systemic embolism
                                   Tissue heart valves
                                   AMI (prevent systemic embolism)
                                   Valvular heart disease
                                   Atrial Fibrillation
                                   Bileaflet mechanical valve in aortic
                                     position

             INR  2.5 - 3.5    INDICATIONS:
                                   Mechanical prosthetic valve (high risk)
                                   AMI (prevent recurrent AMI)

             These ranges and indications are based on the guidelines
             published by the American College of Chest Physicians(ACCP);
             6th Conference on Antithrombotic Therapy (2001).

---

** CONTINUED ON NEXT PAGE **                              (Laboratory Final Summary)
Patient: WHIGHAM,JESSE JAMES              Acct#J00205253040   Unit#J001070362

**Diagnostic Imaging**
**MEMORIAL HOSPITAL - 3625 UNIVERSITY BLVD. SO -     JACKSONVILLE, FLORIDA**
**Phone #: 904-399-6739                                      Fax #: 904-391-1407**
------------------------------------------------------------------------
Patient Type: ADM IN          Loc/Rm: J.3NT/J.372        DOB: 11/17/1965

Patient Name: WHIGHAM,JESSE JAME  Sex: M        Exam Date: 08/16/2007

Attending Dr: Nabizadeh MD,Kasra  Adm: 08/14/2007    Ordered: 08/15/2007

Med Record #: J001070362          AC#: J00205253040    Batch #: N/A

Reason:  t: 1453                              Rad: INJURY LEFT FOOT
------------------------------------------------------------------------
Admission Clinical Data: CP/HYPOXEMIA


     Exams:
               002273257 FOOT WO LEFT
    <Continued>


  /KDB


          ** Electronically Signed by Car Aquino-Aponte MD **
          **                on 08/17/2007 at 1352              **
               Reported by: Carlos F. Aquino-Aponte, MD
               Signed by:   Aquino-Aponte MD,Car


CC: Michael Lord MD; Kasra Nabizadeh MD

Dictated Date/Time: 08/17/2007 (0851)

PAGE 2              Signed Report Printed From PCI

08/21/07
0808

M E D I C A T I O N   A D M I N I S T R A T I O N   R E C O R D
MEMORIAL HOSPITAL JACKSONVILLE

page: 1

WT: 205lb 14.59oz (    93.4g) HT: 6ft0.83in (185cm) BSA: 2.18m2
AGE: 41        SEX: M   ADMIT: 08/14/07

| UNIT #: J001070362          J.3NT
ACCT #: J00205253040          J.372-A
WHIGHAM,JESSE JAMES

ALLERGIES: NO KNOWN DRUG ALLERGIES

| ADMINISTRATION PERIOD:  0701 08/21/07  TO  0700 08/22/07 | START/STOP| 0701 - 1500 | 1501 - 2300 | 2301 - 0700 |
|---|---|---|---|---|
| **D5W**                                   500 ML<br>  HEPARIN SODIUM (PORCINE)          25000 UNIT<br>    (HEPARIN)<br>UD                 INTRAVEN.    .SEECMT<br>DURATION: ADMINISTER OVER UD<br>CMTS: D/C WHEN INR>/=2<br>        ** HIGH RISK DRUG - 2 NURSES MUST CHECK RATE/CONCENTRATION<br>        AND SIGN MAR WHEN INITIATE, CHANGE RATE<br>        WT > OR = 70 KG BEGIN AT 1000 UNITS/HR = 20 ML/HR<br>        WT < OR = 70 KG BEGIN AT  800 UNITS/HR = 16 ML/HR<br>        **CONC= 50 UNITS/ML**  **DVT/PE (GUSTO PROTOCOL)**<br>  PTT      BOLUS      INFUSION      CHANGE         PTT<br>  < 45    70 UNIT/KG    0 MIN    INC BY 150 UNIT/HR   6 HR<br>  45-53      0         0 MIN    INC BY 100 UNIT/HR   6 HR<br>  54-91      0         0 MIN      0 (NO CHANGE)   NEXT AM<br>  92-101     0         0 MIN    DEC BY 50 UNIT/HR    6 HR<br>  102-126    0        30 MIN    DEC BY 100 UNIT/HR   6 HR<br>  > 126      0        60 MIN    DEC BY 150 UNIT/HR   6 HR<br>        NOTIFY MD IF HCT < 30 , HBG < 10 OR PLATELETS < 100,000<br>RX #: 07482689 | 08/15/07 | | | |
| **WARFARIN SODIUM (COUMADIN  7.5 MG  TAB)**<br>**7.5 MG (1 TAB)**        ORAL        COUMADIN DAILY<br>CMTS: IF INR GREATER THAN OR EQUAL TO 3.5 HOLD DOSE AND CALL MD<br>RX #: 07497618 | 08/20/07|1400 | | | |
| **HEPARIN SODIUM (PORCINE) (HEPARIN  1000 UNIT/ML 10 ML**** VIAL)**<br>**SEE PARAMETERS ON IV ENTR**INTRAVEN.    -PRN<br>CMTS: INITIAL BOLUS 70 UNITS/KG (NOT TO EXCEED 10,000 UNITS)<br>DOSE INS: SEE PARAMETERS ON IV ENTRY<br>RX #: 07482690<br>*** FLOOR STOCK ITEM *** | 08/15/07 | | | |

************************************* FINAL PAGE *****************************************

| * = Meds not given<br>REASON CODES | USER NAME AND TYPE | INIT | USER NAME AND TYPE | INIT |
|---|---|---|---|---|
| INJECTION SITES | | | | |

## DISCHARGE MEDICATION RECONCILIATION
### DATE: 08/21/07    TIME: 0801

**WHIGHAM, JESSE JAMES**                    **J.3NT 372-A**        **A# J00205253040 U# J001070362**
RX ALLERGIES:  NO KNOWN DRUG ALLERGIES
MRI ALLERGIES: NO KNOWN CONTRAST ALLERGIES, NO KNOWN FOOD ALLERGIES,
                NO KNOWN DRUG ALLERGIES, NO KNOWN OTHER ALLERGIES

| | | | PATIENT/CAREGIVER STATED THE PATIENT WAS TAKING THE FOLLOWING HOME MEDS INFORMATION LAST UPDATED 08/15/07 | |
|---|---|---|---|---|
| Cont | Stop | RX Given | HOME MEDICATION LIST | Last Home dose |
| | | | NO MEDICATIONS LISTED ON PROFILE | |

① PT daily for severe ® ankle sprain
   Ambulate daily
② Ted hose BLE daily → VIP
③ ✓ daily PT/INR ⊘ X /week
   weekly X 4 wks   then 9 mo   , also H8Hg wkes
   keep PT/INR 2.0 - 3.0

I request a copy of the medication reconciliation form to be forwarded to my physician:

[ ]  No
[ ]  Yes - indicate name of physician _____

Patient Signature _____

### END OF REPORT

INITIALS: _____   NURSE SIGNATURE: _____

INITIALS: _____   NURSE SIGNATURE: _____

DATE/TIME: 8/21/07    PHYSICIAN: _____

DATE/TIME: _____   PHYSICIAN: _____

**ORIGINAL to CHART      COPY to PATIENT**



T3420

# DISCHARGE MEDICATION RECONCILIATION
### DATE: 08/21/07    TIME: 0801

**WHIGHAM,JESSE JAMES**          J.3NT 372-A          A# J00205253040 U# J001070362
RX ALLERGIES:  NO KNOWN DRUG ALLERGIES
MRI ALLERGIES:  NO KNOWN CONTRAST ALLERGIES, NO KNOWN FOOD ALLERGIES,
              NO KNOWN DRUG ALLERGIES, NO KNOWN OTHER ALLERGIES

**VACCINES: HISTORY: PNEUMONIA:**          **Current Stay: PNEUMONIA:**
         **INFLUENZA:**                    **INFLUENZA:**

| Cont | Stop | RX Given | START | MEDICATION | DOSE | RTE | FREQ | SCH/RATE | LAST ADMIN |
|------|------|----------|-------|------------|------|-----|------|----------|------------|
| ✓ | | . | 08/20/07 7497618 | WARFARIN SODIUM (COUMADIN) | 7.5 MG | PO | COUMADIN DAILY | SCH | 08/20/07@1914 |
| | ✓ | . | 08/15/07 7482689 | DEXTROSE 5%-WATER HEPARIN SODIUM (PORCINE) | 500 ML | IV | .SEECMT 25000 UNIT | AS DIR | 08/18/07@1823 |
| | ✓ | | 08/15/07 7482690 | HEPARIN SODIUM (PORCINE) (HEPARIN SODIUM) | SEE PARAME | IV | -PRN | PRN | 08/15/07@0245 |
| | | | | | | | | | |

continued on Page 2


T3420

**ORIGINAL to CHART          COPY to PATIENT**

**MEMORIAL HOSPITAL JACKSONVILLE**

**HISTORY & PHYSICAL N5601**

| | |
|---|---|
| **PATIENT:** WHIGHAM,JESSE JAMES | **UNIT/HIST. #:** J001070362 |
| **ATTENDING PHYSICIAN:** Nabizadeh MD,Kasra | **ROOM #:** J.372-A |
| **ADMISSION DATE:** 08/14/07 | **ACCOUNT #:** J00205253040 |

PATIENT NAME: WHIGHAM, JESSE J

HISTORY OF PRESENT ILLNESS: This patient is a 41-year-old gentleman whose past medical history is significant for venous varicosities for which he has had surgery. Yesterday he became severely short of breath, was found to have a pulse oximetry of 77%, went up to 98% on 3 liters of nasal cannula. He was therefore transferred here. His spiral CT last night confirmed large multiple pulmonary emboli and one area that appeared consistent with pulmonary infarct. This is a verbal report. I do not have the final. He has been started on heparin drip. He is very comfortable this morning, saturating 99% on 2 liters, and when I went in the room he did not even have his oxygen on.

PAST MEDICAL HISTORY: Otherwise significant for an injury to the left foot. He says he initially injured this foot in April. He had x-rays done and was told he had a chipped bone, was given crutches. This foot has remained very swollen. He has been walking with crutches since that time. He believes he reinjured the foot 2 or 3 days ago by twisting it and then began with the shortness of breath and chest pain yesterday, as discussed above. His chest pain has since resolved, and he is very comfortable. The patient has a history significant only for the venous varicosities, no history of hypertension, hyperlipidemia, diabetes mellitus or heart disease.

SOCIAL HISTORY: The patient is an active smoker, currently 1 pack of cigarettes per day, is currently incarcerated, denies alcohol or drug abuse.

FAMILY HISTORY: Negative for coronary artery disease or malignancy.

REVIEW OF SYSTEMS: The patient denies fevers or chills, sputum production, cough, chest heaviness or pressure, denies palpitations, abdominal pain, nausea or vomiting, diarrhea, weight loss, weight gain, diaphoresis, night sweats, dizziness and syncope. He again complains only of the problem with his left foot.

ALLERGIES: THE PATIENT HAS NO KNOWN DRUG ALLERGIES.

MEDICATIONS: The patient has no routine medications.

PHYSICAL EXAMINATION

GENERAL: The patient is an alert, oriented, comfortable middle-aged black male in no acute distress.

VITAL SIGNS: Temperature is 99.4 to 100.2, blood pressure 119/82, heart

JACKSONVILLE NETWORK PCI **LIVE** (PCI: OE Database COCJM)

| FROM: ATTENDING PHYSICIAN | TO: CONSULTING PHYSICIAN | DATE REQUESTED |
|---|---|---|
| _Nabizadeh, K_ | _Ortho Cons_ | _8-15-07_ |

REPORT REQUESTED REGARDING _____
☐ PLEASE ORDER AS DESIRED    ☐ MAY ACCEPT IN TRANSFER

DATE OF REPORT: ___8-15-07___

_40 y/o S' fell 4-24-07 working in (L) boot c/o persistt_
_pain & swelling. Has been on crutches since then. Unable to bear full wt_
_on (L) ft.   Ø DM_

_Exam:  Swollen (L) foot_
_       tender mid dorsum foot ~ 4th ray_
_       Ø ankle tender_

_Assess:  Possible Midfoot injury_

_Plan:  X-rays  foot (L)_

_[signature]_

DO NOT WRITE BELOW THIS LINE

**Memorial Hospital Jacksonville**
**Jacksonville, Florida**

**CONSULTATION**
**REPORT**

PATIENT LABEL

WHIGHAM, JESSE JA 11/17/1965
U#J001070362    A#J00205253040
AGE: 41    SEX: M
DOS: August 14, 2007
Nabizadeh MD,Kasra
                    999503


093

897385 (2/03)

| Date | N.B. Frequent periodical notations should be made concerning progress of case, complications, etc. |
|---|---|
| 3/16/07 | *[handwritten clinical progress notes — largely illegible]* |

Memorial Hospital Jacksonville
Jacksonville, Florida

PROGRESS RECORD

896250 (Rev. 10/04)

PATIENT LABEL

WHIGHAM,JESSE JA 11/17/1965
U#J001070362   A#J00205253040
AGE: 41        SEX: M
DOS: August 14, 2007
Nabizadeh MD,Kasra        999503

| Date | N.B. Frequent periodical notations should be made concerning progress of case, complications, etc. |
|---|---|

3/18/07 _jccs_

Pt c̄ no new 2u. Still 9o pain in jront.

Cx: A⊕O NAD 90⁴ SD 18 104/68

Imp clear CV nm(-)om

mild m.t (+ +35   Extr as prev

Labs PT 10.6/1.02

A/P: PL   rev PT/INM d/c when the...

3/19/07 _jccs_

Resting dunner new 9o. Walking 150 ui PT!

Cx: A⊕O NAD 9 8³ 52 20 115/60

Imp clear CV nm(-)om   91% sat in arechi

Mild m.t   Extr 1-ICC5   (2.5 L'O₂)

PT 12.0/1.16 PTT 31.5   H2H 13/39

A/P: Talk PL c̄ pulm infarction - Titrating Coumadin,

Secure vancinhis - red hone

. Ⓑ joot ripping, no jx or tear, healing well

D/c when PT The.

**Memorial Hospital Jacksonville**
**Jacksonville, Florida**

**PROGRESS RECORD**

896250 (Rev. 10/04)

PATIENT LABEL

WHIGHAM, JESSE JA 11/17/1965

U#J001070362   A#J00205253040
AGE: 41        SEX: M
DOS: August 14, 2007
Nabizadeh MD, Kasra        999503

# PLEASE! USE BALLPOINT PEN ONLY

DO NOT USE THIS SHEET
UNLESS A RED NUMBER
SHOWS THROUGH

**AUTHORIZATION IS GIVEN TO DISPENSE A GENERIC EQUIVALENT**

| DATE | HOUR | INSTRUCTIONS – PLEASE INDICATE DESIRED ORDERS (✔) |
|------|------|---------------------------------------------------|

**Status Required - Select One Only**

___ Admission > 24 Hours          Service Dr. _____

___ Observation (up to 23 Hours) must meet criteria

___ Outpatient > 6 Hours and < 24 Hours

| ABBREVIATIONS |
|---|
| **DO NOT USE** |
| U or u |
| x3d |
| IU |
| QD |
| QOD |
| MS or MSO₄ |
| MgSO₄ |
| μg |
| Apothecary Symbols |
| Zero after decimal (1.0) |
| No zero before decimal (.5mg) |

8/20   105   _____ Physician's Signature _____ Date

Coumadin 7.5 mg ↑ day (total dose)
PT/INR an 7 INR 712 daily

| WRITE IT OUT |
|---|
| "units" |
| "x 3 days" or "x 3 doses" |
| "international unit" |
| "daily" |
| "every other day" |
| "morphine sulfate" |
| "magnesium sulfate" |
| "microgram" |
| "dram" or "minim" |
| "1" |
| Always use "0" before |
| decimal for fractional doses |

8-20-07 1330 chart √d
8-20-07 1550 8° chart √d
08/20/07 1910 On coming Shift _____ for
08/21/07 02 05 W° Chart d' _____ for

7/21/07
Give Coumadin 10 mg today
D/C heparin NOW (done)
D/C to SMC
Nutritionist to d/w pt W/r to restricted diet
prior to d/c

**DO NOT WRITE BELOW THIS LINE**

PATIENT LABEL

**MEMORIAL HOSPITAL JACKSONVILLE**
**JACKSONVILLE, FLORIDA**

WHIGHAM,JESSE JA 11/17/1965

**PHYSICIAN'S ORDERS**
897610 (Rev 8/05)

U#J001070362   A#J00205253040
AGE: 41      SEX: M
DOS: August 14, 2007
Nabizadeh MD,Kasra          999503



054

IN THE CIRCUIT COURT OF THE
FOURTHEENTH JUDICIAL CIRCUIT
IN AND FOR ___BAY___ COUNTY, FLORIDA

JESSIE JAMES WHISHAM
   MOVANT(s)

VS.                                      CASE NO: 5:08CV175-SPM/EMT

___MS. EVE. ET AL.___

_____

RESPONDENT(s)

## MOTION TO PROCEED IN FORMA PAUPERIS

    COMES NOW, the above name plaintiff, in proper person, and moves this Honorable Court for leave to proceed in forma pauperis, and in support thereof, states the following:

    1. That Plaintiff is insolvent and without monies; or, other property to cover the cost of the suit.

    2. That the plaintiff invokes his right under the florida constitution, which guarantees the plaintiff access to the courts without cost or delay.

    3. That the plaintiff has not intentionally or purposely divested himself of any monies or property for the purposes of litigation in this action.

    4. That this motion is being submitted in "good faith."

    WHEREFORE, the plaintiff prays this Honorable Court declare him insolvent for purposes of this action.

RESPECTFULLY SUBMITTED

_____
PLAINTIFF / pro se