IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JESSIE JAMES WHIGHAM,
    Plaintiff,

vs.                              Case No. 5:08cv175/SPM/EMT

MS. EVE, et al.,
    Defendants.
_____/

## **ORDER**

       This matter is before the court on Plaintiff's "Motion for Court Order, Order the Above Named Defendants to Turn Over All Medical Reecorder [sic] and Xrayes [sic] to the Plaintiff in a Timely Manner" (Doc. 5).  As the title states, Plaintiff seeks an order directing Defendants to supply him with his medical records (*id*.).

       Plaintiff is advised that at this stage of the case, discovery is premature.  This court has a statutory duty to review, as soon as practicable, his complaint to identify cognizable claims or dismiss the complaint.  28 U.S.C. § 1915A.  In the instant case, because the matter of the filing fee has not yet been resolved,[1] the court has not yet had an opportunity to review Plaintiff's complaint; therefore, discovery is not appropriate at this time.  After completing its screening function, if the court determines that Plaintiff has raised cognizable claims, it will direct service of the complaint upon Defendants.  Shortly thereafter, the court will issue a scheduling order, at which time the parties may conduct discovery.

       Accordingly, it is **ORDERED**:

---

[1] On June 3, 2008, Plaintiff was ordered to pay the filing fee or submit a motion to proceed in forma pauperis within thirty (30) days (Doc. 4).

Plaintiff's "Motion for Court Order, Order the Above Named Defendants to Turn Over All Medical Reecorder [sic] and Xrayes [sic] to the Plaintiff in a Timely Manner" (Doc. 5) is **DENIED without prejudice.**

**DONE AND ORDERED** this 23rd day of June 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**