IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JESSIE JAMES WHIGHAM,
#999503,

      Plaintiff,

vs.                                          CASE NO. 5:08cv175/SPM/EMT

CHIEF JUDGE ZLOCH, et al.,

      Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation. (doc. 12) Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed and having considered the report and recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 12) is *adopted* and incorporated by reference in this order.

2. This case is *dismissed without prejudice* to Plaintiff's opportunity to re-file his complaint with full payment of the $350 filing fee.

3. Plaintiff's motion for reconsideration (doc. 16) of this court's order denying his appointment of counsel is hereby ***denied***.

4. Plaintiff's motion for court order for the defendants to turn over all medical recorder and x-rays (doc. 17) is hereby ***denied***.

DONE AND ORDERED this fifteenth day of September, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge